NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD E. ESCUDERO,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3020

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100118-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Edward E. Escudero's motion for an extension of time, until February 17, 2011, to file his informal brief,

IT IS ORDERED THAT:

The motion is granted.

For The Court

FEB 1 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward E. Escudero
Sara B. Rearden, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 7 2011

JAN HORBALY
CLERK